# EXHIBIT A

## In the Superior Court of the State of California
### in and for the County of San Francisco

# Abstract of Judgment
## Commitment to State Prison

**FILED**
NOV 17 1977
CARL M. OLSEN, Clerk
BY MARTIN ANABU
Deputy Clerk

Dept. No. 23   Case No. 95226
The People of the State of California

Present:
Hon. **Claude D. Perasso**
Judge of the Superior Court

vs.

**J. Carbone, Ass't DA**
Prosecuting Attorney

**P. Hecht, PD**
Counsel for Defendant

**Charles Wayne Lewis**   Defendant

This certifies that on the **15th** day of **Nov.**, 19**77**, judgment of conviction of the above-named defendant was entered as follows:
(1) In Case No. **95226**   Count No. **1**   he was convicted by **jury** (court or jury) on his plea of

**not guilty**
(guilty, not guilty, former conviction or acquittal, once in jeopardy, not guilty by reason of insanity)

of the crime of **Murder, 1st degree**

(designation of crime and degree if any, including fact that it constitutes a second subsequent conviction of same offense if that affects the sentence.)

in violation of **187 Penal Code**
(reference to Code or Statute, including Section and Subsection thereof, if any stated)

with prior felony convictions as follows:

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|
| May 8, 1956 | US District Court State of Calif. | Bank Robbery Armed with Deadly Weapon | United States Prison |
| | | | |
| | | | NOV 17 1977 |
| | | | |

Defendant has been held in jail custody for **127** days as a result of the same criminal act or acts for which he has been convicted.

Defendant **was not** armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon (was or was not) on at the time of his arrest within the meaning of Sections 969c and 3024 of the Penal Code.

Defendant **was not** armed with a deadly weapon at the time of his commission of the offense within the meaning of Sections 969c and 12022 of the Penal Code.
(was or was not)

Defendant **did not use** a firearm in his commission of the offense within the meaning of Sections 969d and 12022.5 of the Penal Code.
(used or did not use)

**ABSTRACT OF JUDGMENT**

(2) Defendant **was not** adjudged a habitual criminal within the meaning of Subdivision ___ of Section 644 of the Penal
(was or was not)
Code; and the defendant **is not** a habitual criminal in accordance with Subdivision (c) of that Section.
(is or is not)

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in the State Prison of the State of California for the term provided by law, and that he be remanded to the Sheriff of the County of **San Francisco** and by him delivered to the Director of Corrections of the State of California at

**Vacaville**

It is ordered that sentences shall be served in respect to one another as follows (concurrently or consecutively as to each count):

and in respect to any prior incompleted sentence(s) as follows (concurrently or consecutively as to all incomplete sentences from other jurisdictions):

(4) To the Sheriff of the County of **San Francisco** and to the Director of Corrections at the

**Vacaville**

pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above-named defendant into the custody of the Director of Corrections at **Vacaville** California, at your earliest convenience.

Witness my hand and seal of said court

this **25th** day of **November, 1977**

**Carl M. Olsen** Clerk

by _____ Deputy

State of California,

County of **San Francisco**

I do hereby certify the foregoing to be a true and correct abstract of judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

SEAL

Attest my hand and seal of the said Superior Court this ___ day of _____ 19__

**Carl H. Olsen**

County Clerk and Ex-Officio Clerk of the Superior Court of California in and for the County of

Entered Vol 305    **San Francisco**

The Honorable **Claude D. Perasso**

Judge of the Superior Court of the State of California, in and for the County of

202-460

# SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF ALAMEDA
## ABSTRACT OF JUDGMENT
### (Commitment to State Prison)

The People of the State of California, Present:

vs.

CHARLES WAYNE LEWIS
ACW 493  7666792                Defendant

Present:
Hon. _____ MARTIN N. PULICH _____
Judge of the Superior Court
John Taylor, Deputy
District Attorney
Richard Duane, Esq.
Counsel for Defendant

This certifies that on March 29, 1977
(1) Case No. 63291 _____ Count No. _____ judgment of conviction of the above-named defendant was entered as follows:

On his plea of Nolo Contendere
he was convicted by Plea _____ of a felony, to wit: Robbery, a violation of Section 211 of the Penal Code of California as charged in the first count of the Amended Information, and of having used a firearm, to wit: a handgun during the commission of the offense charged in the first count. On motion of the District Attorney and in the furtherance of Justice, the Court ordered the second count, the use clause as to the second count, and the two prior convictions dismissed. Probation denied. ___

with prior felony convictions charged and proved or admitted as follows:

Date        County and State                Crime                Disposition
                        DISMISSED

Defendant has been held in custody for since October 22, 1976 _____ days as a result of the same criminal act or acts for which he has been convicted.
Defendant was not (was/was not) armed with a deadly weapon at the time of his commission of the offense or a concealed deadly weapon at the time of his arrest within the meaning of Penal Code Section 3024.
(2) Defendant was not (was/was not) adjudged an habitual criminal within the meaning of Subdivision ___ (a) or (b) of Section 644 of the Penal Code; and the Defendant _____ an habitual criminal in accordance with provisions of Subdivision (c) of that section.
(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the said defendant be punished by imprisonment in state prison of the State of California for the term provided by law and that he be remanded to the Sheriff of the County of Alameda, and by him delivered to the Director of Corrections of the State of California at
California Medical Facility at Vacaville, California
It is ordered that sentences shall be served in respect to one another as follows:

*       *       *       *       *

and in respect to any prior incompleted sentence(s) as follows:
This term of imprisonment shall commence to run immediately and concurrently with other terms of imprisonment, if any, which the defendant is obligated to serve.

(4) To the Sheriff of the County of Alameda and to the Director of Corrections at the California Medical Facility at Vacaville, California
Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above named defendant into the custody of the Director of Corrections at the California Medical Facility at Vacaville, California at your earliest convenience.
Witness my hand and seal of said court. May 17, 1977

(SEAL)

RENE C. DAVIDSON, County Clerk
By _____ Deputy
(see reverse side for Certification)

State of California
County of Alameda

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and entered on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 1213.

Attest, my hand and seal of the said Superior Court this 17th day of May, 197_7_.

RENE C. DAVIDSON,
County Clerk and ex officio Clerk of the Superior Court of the State of California in and for the County of Alameda.

_Martin N. Pulich_
Judge of the Superior Court of the State of California in and for the County of Alameda

By _Diane Merrifield_, Deputy.

DISTRIBUTION: Signed Original to Sheriff with PO report.
Duplicate filed.