Charles W. Lewis
B-83314
California Medical Facility
P. O. Box 2500, U-309
Vacaville, CA 95696-2500

Petitioner, pro se

FILED
2007 AUG -6 PM 3: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS,<br><br>  Petitioner,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor,<br>  and<br>SUZAN L. HUBBARD, Acting Warden<br><br>  Respondents. | No. C 07-2465 CW (PR)<br><br>MOTION FOR EXTENSION OF TIME<br>TO FILE TRAVERSE TO ANSWER TO<br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner proceeding *pro se*, respectfully moves the Court for an extension of time of 30 days, to and including September 17, 2007, to file his Traverse to Respondents' Answer to the Order to Show Cause. Pursuant to this Court's May 16, 2007, Order to Show Cause ("OSC"), petitioner's Traverse is now due August 17, 2007. OSC, p. 1:27 - p. 2:2 (Traverse due within 30 days of "receipt of the Answer").[1] Petitioner will be unable to meet this deadline because he is a state prisoner untrained in the law, with limited access to the prison law library, where he must both do his research and prepare his Traverse. Petitioner has not previously requested an extension of time to file his Traverse. This request is not made for the purpose of delay or harassment or any other improper reason.

---

[1] Respondents' Answer was *served* on July 16, 2007, but *not* "received" until July 18, 2007.

1

WHEREFORE, petitioner prays the Court will grant him an extension of time of 30 days, to and including September 17, 2007 to file his Traverse to the Answer to the Order to Show Cause.

Dated: 7-30-07

Respectfully submitted,

*Charles W. Lewis*
Charles W. Lewis
Petitioner, pro se

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES W. LEWIS, Petitioner

ARNOLD SCHWARZENEGGER, et al.,
Respondents.

Case Number:

CV 07-02465 CW

PROOF OF SERVICE

I hereby certify that on 7/30/07, I served a copy of the attached MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO ANSWER TO ORDER TO SHOW CAUSE,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Calif. Medical Facility, Vacaville, California :

(List Name and Address of Each Defendant or Attorney Served)

Amanda Murray
Deputy Attorney General
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Person Completing Service)