CHARLES W. LEWIS-B-88314
CALIFORNIA MEDICAL FACILITY
P.O. BOX 2500 MD-113L
VACAVILLE, CA 95696-2500
CA MEDICAL FACILITY
FIRST CLASS
$ 00.80
MAILED FROM ZIP CODE
ATTN: CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET SUITE 400S
OAKLAND, CA 94612-5212
INSPECTED BY
U.S. MARSHALS SERVICE
CONFIDENTIAL LEGAL MA