IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS, | No. 07-02465 CW |
|     Petitioner, | ORDER GRANTING EXTENSION OF TIME |
| v. | TO FILE TRAVERSE |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Respondents.                   / | |

    On August 6, 2007, Petitioner filed a Motion for Extension of Time to File Traverse to Answer to Order to Show Cause.  Having considered Petitioner's motion, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner shall have up to and including September 17, 2007, to file his traverse.

    8/9/07

Dated _____

                                          CLAUDIA WILKEN
                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W LEWIS,

        Plaintiff,

  v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV07-02465 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles W. Lewis B-83314
California Medical Facility
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: August 9, 2007

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk

2