CHARLES W. LEWIS - B-83314
CALIFORNIA MEDICAL FACILITY
P.O. BOX 2500 MD-113L
VACAVILLE, CA 95696-2500

CA MEDICAL FACILITY



$ 01.82

"CLERK" U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

CONFIDENTIAL LEGAL MAIL