Charles W. Lewis, B-83314
California Medical Facility
P. O. Box 2500, MD-113-L
Vacaville, CA 95696-2500

Petitioner, pro se



FILED
SEP 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS,<br><br>            Petitioner,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Respondents. | Case No. C 07-2465 CW (PR)<br><br>MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY; CITATION OF SUPPLEMENTAL AUTHORITY RELATIVE TO THE TRAVERSE TO THE ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS |

Petitioner, a state prisoner proceeding pro se, respectfully moves the Court for leave to cite just-published supplemental authority relative to the traverse he submitted for filing on August 19, 2007. Specifically, he wishes to bring to this Court's attention the California Supreme Court's issuance of an Order to Show Cause on August 15, 2007, in the matter of James Masoner on Habeas Corpus (No. S144097), 2007 DJDAR 12436 (enclosed with "The Daily Recorder" of August 20, 2007), in which all seven justices on the California Supreme Court ask respondent Director of Corrections and Rehabilitation to explain "why petitioner remains a danger to public safety." In so doing, the California Supreme Court cites, inter alia , to the specific page in In re Lee (2006) 143 Cal.App.4th 1400, 49 Cal.Rptr.3d 931, in which the Court of Appeal explained that "[t]he test is not whether some evidence supports the reasons the Governor cites for denying parole, but whether some evidence indicates a parolee's release unreasonably endangers public safety." 143 Cal.App.4th at 1408, 49 Cal.Rptr.3d at 936 (emphasis in Lee). Petitioner cited this holding in Lee on page 9 of the memorandum of points and authorities which accompanied his traverse. That the California Supreme Court itself asks in Masoner, supra, "why petitioner remains

1

a danger to public safety" (2007 DJDAR at 12436) should dispel any doubt (if any existed) that that is the inquiry to which "some evidence" must relate.

On an unrelated note, petitioner corrects the citation in footnote 5 (on page 14) of his memorandum of points and authorities. The reference to (page) "919" there should instead be to (page) "594."

Dated: 8-25-07

Respectfully submitted,

Charles W. Lewis
Petitioner, pro se

2

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
 4   CHARLES W. LEWIS,              )   CASE No. C 07-02465 CW (PR)
                                    )
 5         Petitioner,               )   PROOF OF SERVICE
                                    )
 6         v.                        )
                                    )
 7   ARNOLD SCHWARZENEGGER, et al., )
                                    )
 8         Respondents.              )
 9         I, the undersigned, hereby certify that I am over the
10   age of eighteen years and am not a party to the above
11   entitled action.
12         On  September 22           , 2007, I served a copy of
     MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY; CITATION OF SUPPLEMENTAL
13   AUTHORITY RELATIVE TO THE TRAVERSE TO THE ANSWER TO THE PETITION FOR WRIT
     OF HABEAS CORPUS
14   by placing said copy in a postage paid envelope addressed
15   to the person(s) hereinafter listed, by depositing said
16   envelope in the United States Mail:
17   (List all person(s) served in this action.)
18
     Amanda Murray
19   Deputy Attorney General
     Department of Justice
20   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
21
22
23
24
25         I declare, under the penalty of perjury, that the
26   foregoing is true and correct.
27   DATED:  9/22/07                  _____
                                      Declarant's signature
28   Michael Brodheim
     Declarant's printed name
```

USDC-PROOF-3