CHARLES W. LEWIS - B-83814
CALIFORNIA MEDICAL FACILITY
P.O. BOX 2500    MD-118L
VACAVILLE, CA 95696-2500

-CONFIDENTIAL LEGAL MAIL-

ATTN: "CLERK" U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET - SUITE 400S
OAKLAND, CA 94612-5212

