Charles W. Lewis, B-83314
California Medical Facility
P. O. Box 2500, MD-113-L
Vacaville, CA 95696-2500

Petitioner, pro se

FILED
2008 JAN 17 PM 3:02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS,<br>Petitioner,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>Respondents. | Case No. C 07-2465 CW (PR)<br><br>CITATION OF SUPPLEMENTAL AUTHORITY: Hayward v. Marshall, 2008 DJDAR 93 (9th Cir., Jan. 3, 2008) |

Petitioner, a state prisoner proceeding pro se, respectfully moves the Court for leave to cite just-published supplemental authroity, Hayward v. Marshall, 2008 DJDAR 93 (9th Cir., Jan. 3, 2008), in which the Ninth Circuit held that "the Governor's reversal of parole ... was not supported by any evidence that Hayward's release would threaten public safety, and that the Governor's reversal of his parole thus violated his due process rights." Id. at 98. The Court reaffirmed the principle that "a continued reliance on an unchanging factor such as the circumstances of the commitment offense, preconviction criminal history, or other past conduct, might in some cases result in a due process violation at some point." Id. at 96 (citing Biggs v. Terhune, 334 F.3d 910, 916 (9th Cir. 2003)). It concluded that the factors cited by the Governor in support of his reversal of the Board's grant of parole, "whether analyzed individually or collectively, do not constitute evidence that Hayward would pose a danger to public safety if released from prison." Id. at 97. The same conclusion, petitioner submits, applies here.

Dated: 1-14-08

Respectfully submitted,

Charles W. Lewis
Charles W. Lewis
Petitioner, pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES W. LEWIS,

Petitioner,

v.

ARNOLD SCHWARZENEGGER, et al.,

Respondents.

CASE No. C 07-02465 CW (PR)

PROOF OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and am not a party to the above entitled action.

On JANUARY 14, 2008, I served a copy of CITATION OF SUPPLEMENTAL AUTHORITY: Hayward v. Marshall, 2008 DJDAR 93 (9th Cir. Jan. 3 2008) by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail:

(List all person(s) served in this action.)

Amanda Murray
Deputy Attorney General
Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

I declare, under the penalty of perjury, that the foregoing is true and correct.

DATED: 1-14-08

[signature]
Declarant's signature

RONALD E. ALEXANDER
Declarant's printed name