FIRST CLASS
CA MEDICAL FACILITY

CLERK.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET - SUITE 400S
OAKLAND, CA 94612 5212

CHARLES W. LEWIS - B-83314
CALIFORNIA MEDICAL FACILITY
1900 CALIFORNIA DRIVE
VACAVILLE, CA 95696-2600

CONFIDENTIAL LEGAL MAIL    CONFIDENTIAL