IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LEWIS,<br><br>        Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants.                    / | No. C 07-02465 CW (PR)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY |

   Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner has filed a traverse.

   Before the Court is Petitioner's motion for leave to cite supplemental authority.  His motion is GRANTED.  Further, the Court GRANTS Petitioner's request to correct the citation in footnote number five of the memorandum of points and authorities attached to the traverse.

   This Order terminates Docket no. 9

   IT IS SO ORDERED.

Dated:  5/6/08

                                   _____
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CHARLES W LEWIS,

        Plaintiff,

v.

ARNOLD SCHWARZENEGGER et al,

        Defendant.

Case Number: CV07-02465 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amanda Jane Murray
California Department of Justice
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Charles W. Lewis B-83314
California Medical Facility
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: May 6, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2